UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**PEGGY L. MAZARAS,**

    **Plaintiff,**

**V.**                                          Case No: 2:11-CV-706-FtM-UASPC

**HENNELLEY TIRE & AUTO, INC.**

    **Defendant.**

_____/

## **ORDER**

      This matter comes before the Court on Plaintiff's Motion for Extension of Time to Serve Complaint (Doc. #8) filed on May 4, 2012. Plaintiff requests an additional 30 days to serve the Defendant. As grounds, Plaintiff states that the parties have participated in pre-suit settlement discussions, which continue. The Court notes that Plaintiff filed the Complaint in this matter on December 20, 2011. (Doc. #1). Under Federal Rule of Civil Procedure 4(m), a plaintiff must serve a defendant within 120 days of filing the Complaint, after which time the Court must dismiss the action without prejudice or order that service be made within a specified time. Under the Rule, if plaintiff shows good cause for the failure, the court must extend the time for service to an appropriate period.

      In this case, the deadline for service under the Federal Rules was April 19, 2012. The Court finds good cause to allow the extension as the Parties are engaged in pre-suit settlement

1

discussions. Thus, the Court will extend the deadline for service by 30 days for good cause shown.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Extension of Time to Serve Complaint (Doc. #8) is **GRANTED**. Plaintiff shall have up to and including **June 7, 2012**, to serve the Complaint on Defendant. Failure to do so could result in this matter being dismissed without prejudice.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th Day of May, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record